1 DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
2 REX D. GARNER, ESQ.
Nevada Bar No. 9401
3 AKERMAN LLP
1160 Town Center Drive, Suite 330
4 Las Vegas, NV 89144
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
6 Email: rex.garner@akerman.com

7 *Attorneys for The Bank of New York Mellon fka*
*The Bank of New York, as Trustee for the*
8 *Certificateholders of CWALT, Inc. Alternative*
*Loan Trust 2006-OA18, Mortgage Pass-Through*
9 *Certificates, Series 2006-OA18*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA18, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA18,<br><br>Plaintiff,<br><br>v.<br><br>PROMENADE AT THE MEADOWS OWNER'S ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01769-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS** |

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2006-OA18, Mortgage Pass-Through Certificates, Series 2006-OA18 (**BoNYM**), and Promenade at the Meadows Owner's Association (**Promenade**), by and through undersigned counsel, submit the following stipulation to dismiss.

…

…

The parties agree to dismiss this action, with each party to bear its own fees and costs.

Defendant Nevada Association Services never appeared in this action.

The parties agree this case may be closed.

DATED this 19th day of June, 2017.

| **AKERMAN LLP** | **ALVERSON, TAYLOR, MORTENSEN & SANDERS** |
|---|---|
| _/s/ Rex D. Garner, Esq._<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2006-OA18, Mortgage Pass-Through Certificates, Series 2006-OA18* | _/s/ Adam R. Knecht, Esq._<br>KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>ADAM R. KNECHT, ESQ.<br>Nevada Bar No. 13166<br>7401 W. Charleston Boulevard<br>Las Vegas, NV 89117<br><br>*Attorneys for Promenade at the Meadows Owner's Association* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

June 21, 2017
_____
DATED

2